Best Buy Credit Services
P.O. Box 790441
Saint Louis, MO 63179

Capital One
P.O. Box 71083
Charlotte, NC 28272

City Credit Union
1625 N. Highway 77
Waxahachie, TX 75165

CuraFlo Services, LLC
c/o Sarah M. Love
700 Bishop Street 900
Honolulu, HI 96813

Greco
c/o Gavin P. Lentz, Esq.
1524 Locust Street
Philadelphia, PA 19102

Johnson Controls, Inc.
c/o Jeffrey P. Miller
1001 Bishop Street 2925
Honolulu, HI 96813

Las Vegas Paving
c/o Jack Chen Min Juan
10001 Park Run Drive
Las Vegas, NV 89145

Sanact, Inc.
c/o Deborah K. Wright
1885 Main Street 108
Wailuku, HI 96793

Sears Mastercard
P.O. Box 6282
Sioux Falls, SD 57117


Sherry Sims
107 Water Garden Drive
Waxahachie, TX 75165


Sulfco, LLC
c/o Bret A. Beldt
171 Seventeenth Street, N.W. 1100
Atlanta, GA 30363


Thani
c/o Michael C. Hefter
390 Madison Avenue
New York, NY 10017


The Pack Company, LLC
c/o Keith Gregory
SNELL & WILMER, LLP
☐  350 South Grand Avenue 3100
Los Angeles, CA 90071

U.S. Pipeline, LLC
c/o Randal K. Schmitt
500 Ala Moana Blvd.
Honolulu, HI 96813

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Moore, Patricia Lee**　　　　　　　　　　　　　　　　　　CASE NO 21-30451-7

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　03/15/2021　　　Signature　　　　　　　　　/s/ Patricia Lee Moore
　　　　　　　　　　　　　　　　　　　　　　　　Patricia Lee Moore, Debtor